No. 95–7761.  CALHOUN v. HUSKISSON ET AL., 516 U. S. 1180; and

No. 95–7978.  LEMON v. JOHNSON, WARDEN, 516 U. S. 1184. Petitions for rehearing denied.

APRIL 30, 1996

No. 95–928.  ATHERTON ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR CITY SAVINGS, F. S. B. C. A. 3d Cir.  [Certiorari granted, *ante*, p. 1133.]  Writ of certiorari dismissed as to Gordon E. Allen and Peter R. Kellogg under this Court's Rule 46.1.

MAY 2, 1996

No. A–894.  CALDERON, WARDEN, ET AL. v. CALIFORNIA FIRST AMENDMENT COALITION ET AL.  D. C. N. D. Cal.  Application for stay pending appeal, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

MAY 3, 1996

No. 95–1699.  AMPEX CORP. v. FRYMIRE ET AL.  C. A. 10th Cir.  Certiorari dismissed under this Court's Rule 46.1.